**Order entered April 26, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00860-CV

**BBVA COMPASS, ET AL., Appellants**

**V.**

**DAVID BAGWELL, INDIVIDUALLY AND AS TRUSTEE
OF THE DAVID S. BAGWELL TRUST, ET AL., Appellees**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-00991**

## ORDER

Before the Court is appellants' April 24, 2019 unopposed motion for an extension of time to file their reply brief. We **GRANT** the motion and extend the time to **June 6, 2019**. We caution appellants that further extension requests will be strongly disfavored.

/s/     BILL WHITEHILL
          JUSTICE